THE HONORABLE BARBARA J. ROTHSTEIN

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re Phenylpropanolamine (PPA) Products Liability Litigation, | MDL NO. 1407 |
| This document relates to:<br>Roosevelt Lindsay, Sr. and Betty Lindsay, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>Bayer Corporation, a subsidiary of Bay AG; Novartis Consumer Health, Inc.; Schering-Plough Healthcare Products, Inc., a subsidiary of Schering-Plough Corporation; Wal-Mart Stores, Inc.; and Kmart Corporation,<br><br>Defendants.<br>Case No. C05-01031 | ~~PROPOSED~~ ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION |

**THIS MATTER** coming before the Court on the parties' joint stipulation for the dismissal of the above-referenced action as to Novartis Consumer Health, Inc. and Wal-Mart Stores, Inc., with prejudice, and the Court having considered said motion:

It is hereby **ORDERED, ADJUDGED AND DECREED** that all claims in the above-referenced action against Defendants Novartis Consumer Health, Inc. and Wal-Mart Stores, Inc. are dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this _2d_ day of _March_, 2006.

_____
Honorable Barbara J. Rothstein